**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CELAL MÜBAREK
(TAŞKULLAR)

*(In the space above enter the full name(s) of the plaintiff(s).)*

**RECEIVED**

DEC 27 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

- against -

THEY ARE MISSING OR DELETED MY CASE AT SISTEM ON COMPUTER AT SUPREME COURT OF PANSILUANIA MY CASE IS ALL OWER I WANT JUDGEMENT AT ALL MY LIFE CUZ THEY ARE TRYING TO KILL ME WITH THIS ACCIDENT AND JUDGES IS WORK WITH THEM. Judge THOMAS G. MILLER

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: [X] Yes [ ] No

(check one)

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name                CELAL MÜBAREK
            Street Address      HOMLESS
            County, City        BEVERLY
            State & Zip Code    NJ.
            Telephone Number    215 939 1471 - 302 944 68 05

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name PRESEDENT DANOLD JONH TRUMP
Street Address WHITE HOUSE MARRLAND
County, City _____
State & Zip Code _____

Defendant No. 2
Name KING CHARLES OF U.K.
Street Address BUCKINGIM PALACE
County, City LONDON U.K.
State & Zip Code _____

Defendant No. 3
Name PRESEDENT RECEP TAYYIP ERDOGAN
Street Address WHITE PALACE
County, City ANKARA - TURKEY
State & Zip Code _____

Defendant No. 4
Name POP FRANCIS
Street Address SAINT PETER BASILICA
County, City VATICAN - ITALY
State & Zip Code _____

AND ALL OWER WORLD STATE KING AND PRESEDENT THEY ARE TRYING TO KILL ME.

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions   [X] Diversity of Citizenship
[X] U.S. Government Plaintiff   [X] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? I WANT TRAIL WITH THIS CASE CUZ IM FATHER JESUS CIRYST ALLAH CELLE ZUL-CELALIHÜ HÜWEL-BAKI

-2-

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __GREENCART__

Defendant(s) state(s) of citizenship __ALL OWER MIX__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? ____

B. What date and approximate time did the events giving rise to your claim(s) occur? ____

C. Facts: HONNOR LORD JUDGES ALL DEFFENDED TRY TO KILL ME FOR THEY ARE SECRET LIFE THEY ARE FUCK EACH ATHER AND THEM DOUGHTER AND THEY FUCK HORSE FOR QUEEN ELIZABET FOR BE CAME PRESENT OR FREE MASON AND THEY CALL THEM PROTESTAN EVANGELIST IN JESUS THEY ARE KILL ME FOR NOT COMING OUT ALL THIS IFF YOU SEE TRUM R NOW ME TOLK LIE ALL SOUL TALKING TO LIE WITH YOU THIS IS APOCALYPSO SAY HALLALUYA TO GOD ALL I WANT THEM COURT ROOM FOR JUGEMENT THEY ARE TRYING TI WAR AND KILL EVERBODY ALL PEOPLE NEED HELP FROM YOU PLESE DID A JUGEMENT ALL NFABETH LETTER LINE PLEASE STOP ALL THIS GUY KING AND PRESEDENT AND STICK IT MONEY AND BE CONNECT ALL JUDGE EYES AND ME.

[Margin labels: What appened to you? / Who did what? / Was anyone else Involved? / Who else saw what happened?]

- 3 -

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

DEAR JURYS TAKE ALL THEM AND FAMILY IN JAIL
OR THEY WANT TO START WORLD WAR 3 WITH CHEMICAL BOMB LIKE A CORONA VIRUS OR SARIN GAZ SOMETING LIKE THAT
SHUT DOWN IT WHITE HOUSE AND PENTAGON AND POLITIC PARTY ALL WORLD AND JUDGE IS BECAME GOWERNER EVERYWHERE

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

ONLY FBI AND POLICE AND JANDARMA AND SHERRIF BECAME WORK
WE NEED EXTRA POLICE PLESA FIX IT ARMY AND I NEED HOUSE AND MY LIFE AND MY TRESURE I MEAN MY MONEY BACK THEY STOLE MY EVERTHINK ALL HISTORIC BULDING IS MINE CUZ I BULD IT I MEAN GREAT WALL PRAMYD - ASPENDOST - GOBEKLI TEPE AND ALL OWER CASTLE - PALACE HONOR I BULD IT THIS WORL AND SOULLAR SISTEM I WANT BACK AND ALL OWER MY BUSSENES I FOUND IT PAPER - AND PAN AND ALFABET THIS IS ME FIRST HUMAN FATHER JESUS ADAM IS MY SON IVY MY DOUGHTER THANKS
THE GOD FATHER
-4- KING GOD JESUS CRYST

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **DEC** day of **26 THUSDAY**, 20 **24**

Signature of Plaintiff **CĚLÄL MÜBÄREK**
Mailing Address **YOUR COURT**
**ADDERS IN HOMLES**

Telephone Number **215 939 1471**
Fax Number *(if you have one)*
E-mail Address **Cellaltaskullakmubarrek@ G.MAIL**

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _[signature]_